In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-377 CV


____________________



IN RE EAST TEXAS COMMUNITY SERVICES FOR THE


DEVELOPMENTALLY DISABLED, INC., d/b/a


WOODLEA COMMUNITY HOME






Original Proceeding






MEMORANDUM OPINION (1)


 On September 1, 2004, East Texas Community Services for the Developmentally
Disabled, Inc., d/b/a Woodlea Community Home filed its petition for writ of mandamus. 
We stayed document production in the underlying case on September 3, 2004. On
September 30, 2004, the relator filed a motion to dismiss the petition.

 Accordingly, our order of September 3, 2004, is vacated and this original
proceeding is dismissed without reference to the merits.

 WRIT DISMISSED.

 PER CURIAM


Opinion Delivered October 7, 2004

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.